**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**LEONARD HARP, et al.**                          *

      **Plaintiffs**                                *

**v.**                                              *

**GOVERNOR LARRY HOGAN, et al.**            *

      **Defendants**                               *          **Case No.:  1:21-cv-01608-RDB**

************************************************************************

<u>**LINE DISMISSING WITHOUT PREJUDICE**</u>

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Leonard Harp, Njaki Wilson, Stephen Ceci, Lakeysha Pennix, Lyda Langford, and Roger Evans herein dismiss all claims against Defendants Governor Lawrence J. Hogan and Tiffany Robinson without prejudice.

                                   Respectfully submitted,


                            _____/s/_____
                            Robert J. Leonard
                            Bar No.:  07183
                            Leonard & McCligott Law Group, LLC
                            9805-B York Road, #196
                            Cockeysville, Maryland 21030
                            (410) 753-8687 office
                            (410) 916-5315 cell (preferred)
                            (410) 989-9689 fax
                            robbie@lmlawgrp.com
                            Attorney for Plaintiffs

                            Alec Summerfield, Esq.
                            Unemployed Workers Union
                            2011 N. Charles Street
                            Baltimore, MD 21218
                            (443) 324-8644
                            asummerfield@protonmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2021, a true and correct copy of the foregoing Notice of Dismissal was served via electronic means through the Court's transmission facilities to all counsel of record.

_____/s/_____
Robert J. Leonard
Bar No.:  07183
Leonard & McCligott Law Group, LLC
9805-B York Road, #196
Cockeysville, Maryland 21030
(410) 753-8687 office
(410) 916-5315 cell (preferred)
(410) 989-9689 fax
robbie@lmlawgrp.com
*Attorney for Plaintiffs*